UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MARYANA ATTIA, ALAA HANNA, BAHGAT HANNA, MARINA HANNA, JOSEPH BOTTROS, DIMYANA BOTTROS and ELARYA HANNA,**

        **Plaintiffs,**

v.                                                     Case No. 6:22-cv-201-CEM-EJK

**SECRETARY, DEPARTMENT OF HOMELAND SECURITY and DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,**

        **Defendants.**

/

**ORDER**

THIS CAUSE is before the Court on Notice of Voluntary Dismissal (Doc. 16). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on May 9, 2022.



Copies furnished to:

Counsel of Record